UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-00176-CDS-EJY |
| Plaintiff | **Order Granting in Part and Denying in Part Motion to Seal** |
| v. | |
| David Rivera-Sifuentes, | [ECF No. 54] |
| Defendant | |

Defendant David Rivera-Sifuentes filed a motion to seal his sentencing memorandum. Mot., ECF No. 54. During the sentencing hearing, I ordered Rivera-Sifuentes to file a redacted version of the sentencing memorandum. For the reasons stated on the record during his sentencing hearing, I grant Rivera-Sifuentes's motion in part, finding he has met the compelling reasons standard for proposed redactions, namely medical information, personal identifying information, and additional information as set forth on the record. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006) (discussing compelling reasons standard). The redacted memorandum (ECF No. 57) is narrowly tailored to remove only what is necessary from the public view and to comply with the orders of this court. Accordingly, the motion to seal at **[ECF No. 54] is GRANTED in part**. The Clerk of Court is directed to maintain the seal on Rivera-Sifuentes's sentencing motion filed at ECF No. 55 until further order of the court.

Dated: December 9, 2024

_____
Cristina D. Silva
United States District Judge